IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUANITA WILSON, Individually and as Special Administrator of the Estate of FREDDIE WILSON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  08CV414<br>)  JUDGE KENNELLY<br>)  MAGISTRATE JUDGE DENLOW<br>)<br>) |

**NOTICE OF REMOVAL**

Defendant City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully removes the above-entitled action to this Court, pursuant to 28 U.S.C. §1441(b) and (c), on the following grounds:

1. Plaintiffs filed this action on or about November 30, 2007, in the Circuit Court of Cook County, Illinois, as *JUANITA WILSON, Individually and As Special Administrator of the Estate of FREDDIE WILSON, deceased v. CITY OF CHICAGO, a municipal corporation*, case number 07 L 013407. See summons and complaint attached hereto as Exhibit A.

2. Upon information and belief, the City of Chicago was served a copy of the Summons and Complaint on December 28, 2007.

3. It appears from the face of the complaint that this is a civil rights action that arises under the United States Constitution and involves a federal question. The complaint alleges, among other things, that the defendant violated the Fourth and Fourteenth Amendment rights of the plaintiffs, pursuant to 42 U.S.C. §1983 (see Count I of plaintiffs' complaint). The Defendants are therefore entitled to remove this action to this Court, pursuant to 28 U.S.C. §1441(b) and (c).

WHEREFORE, defendant City of Chicago respectfully requests that the above-entitled action, which is now pending in the Circuit Court of Cook County in the State of Illinois, Case Number 07 L 013407, be removed to the United States District Court for the Northern District of Illinois.

                                      MARA S. GEORGES
                                      Corporation Counsel
                                      CITY OF CHICAGO

By: _____
     DAVID J. SEERY
     Chief Assistant Corporation Counsel

30 North LaSalle St., Ste. 1020
Chicago, IL 60602
(312) 744-9210

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUANITA WILSON, Individually and as )
Special Administrator of the Estate of )
FREDDIE WILSON, deceased, )
                                                    )
      Plaintiffs, )
                                                    )
v.                                              )    No.
                                                    )
CITY OF CHICAGO, a municipal corporation, )
                                                    )
      Defendant.

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   CRAIG L. MANCHIK & ASSOCIATES, P.C.
       900 W. Jackson Blvd., Suite 2E
       Chicago, Illinois 60607

      **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court a **NOTICE OF REMOVAL**, a copy of which is attached hereto and herewith served upon you.

      I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING** and **NOTICE OF REMOVAL** to be sent via U.S. mail to the person in the foregoing Notice at the address therein shown on this 18th day of January 2008.

      DATED at Chicago, Illinois this 18th day of January 2008.

                                        Respectfully submitted,
                                        MARA S. GEORGES
                                        Corporation Counsel
                                        CITY OF CHICAGO

                    BY:   _____
                                DAVID J. SEERY
                                Chief Assistant Corporation Counsel

30 North LaSalle Street, Ste. 1020
Chicago, IL 60602
(312) 744-9210

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JUANITA WILSON, Individually and as Special Administrator of the Estate of FREDDIE WILSON, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 07 L 013407<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVED CASE

**PLEASE TAKE NOTICE** that this action was removed to the United States District Court for the Northern District of Illinois on January 18, 2008.

DATED at Chicago, Illinois, this 18th day of January 2008.

                              MARA S. GEORGES
                              Corporation Counsel
                              CITY OF CHICAGO

              By:    [signature]
                      DAVID J. SEERY
                      Chief Assistant Corporation Counsel

30 North LaSalle Street, Ste 1020
Chicago, Illinois 60602
312-744-9210
Attorney No. 90909

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

(Name all parties)

Juanita Wilson, et al.      188573

v.

City of Chicago

No. _____

Please serve:
City of Chicago
c/o Miguel Del Valle, City Clerk
121 N. LaSalle St., Room 107
Chicago, IL 60602

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, **NOV 3 0 2007**

Atty. No.: 33063
Name: CRAIG L. MANCHIK & ASSOCIATES, P.C.
Atty. for: Plaintiffs
Address: 900 W. Jackson Blvd., Suite 2E
City/State/Zip: Chicago, IL 60607
Telephone: 312.460.8888

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: 312  460.8890
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

Juanita Wilson, et al.

v.

City of Chicago

SUMMONS

2007L013407
CALENDAR/ROOM
TIME 09:00
PI Other

No. _____

Please serve:
City of Chicago
c/o Miguel Del Valle, City Clerk
121 N. LaSalle St., Room 107
Chicago, IL 60602

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 33063
Name: CRAIG L. MANCHIK & ASSOCIATES, P.C.
Atty. for: Plaintiffs
Address: 900 W. Jackson Blvd., Suite 2E
City/State/Zip: Chicago, IL 60607
Telephone: 312.460.8888
Service by Facsimile Transmission will be accepted at: 312  460.8890
(Area Code) (Facsimile Telephone Number)

WITNESS, NOV 30 2007

_____
Clerk of Court  DOROTHY BROWN

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(SEAL)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JUANITA WILSON, Individually and as )
Special Administrator of the Estate of )
FREDDIE WILSON, deceased )
Plaintiffs, )
)
v. ) Case No.
)
CITY OF CHICAGO, a municipal )
corporation, )
Defendant. )

## COMPLAINT AT LAW

Plaintiff, JUANITA WILSON, Individually and as Special Administrator of the Estate of Freddie Wilson, deceased, by her attorneys, LAW OFFICES OF CRAIG L. MANCHIK & ASSOCIATES, P.C., complains against the Defendant, CITY OF CHICAGO (hereinafter CHICAGO) a Municipal Corporation, as follows:

### FACTS COMMON TO ALL COUNTS

1. At all material times herein, Plaintiff, Juanita Wilson, was an adult and resident of Cook County, Illinois. She was the mother of Freddie Wilson, deceased (hereinafter LATEE).

2. Plaintiff, Juanita Wilson, has been appointed special administrator of the Estate of Freddie Wilson, deceased by order of the Circuit Court of Cook County, Illinois.

3. At all material times herein, Defendant, CHICAGO, was a municipal corporation incorporated with a principal place of business in the City of Chicago, County of Cook, State of Illinois.

4. On and before November 13, 2007, Defendant, CHICAGO, administered a police department known as the Chicago Police Department.

5. On November 13, 2007, at approximately 10:30 p.m., Latee was either approaching his car or had just sat in his parked car in the proximity of 16 North Lorel Avenue, in the City of Chicago, County of Cook, State of Illinois.

6. Upon information and belief, four unknown officers of the Chicago Police Department did approach Latee as he was walking to the vehicle or immediately after he head sat in said vehicle.

7. For reasons unknown, the officers opened fire upon Latee with multiple rounds, killing him.

8. Eyewitnesses report, and upon information and belief, the Chicago police officers fired approximately twenty shots at and around Latee.

9. Upon information and belief, Latee did not say or do anything to provoke the officers into opening fire.

10. At all times relevant to this Complaint, the unknown police officers were agents of Defendant, CHICAGO, acting within the scope of their agency relationship and under color of law.

## COUNT I - WRONGFUL DEATH - CIVIL RIGHTS VIOLATION

1-10. Plaintiffs restate and re-allege Paragraphs 1 to 10 of their Complaint as though fully set forth herein for Count I.

11. Plaintiff, Juanita Wilson, is the duly appointed Special Administrator of the Estate of Freddie Wilson, deceased, by order of the Circuit Court of Cook County, Illinois.

12. On and before November 13, 2007, there was in full force and effect, a United States Statute known as 42 U.S.C., §1983 and entitled "Civil Actions Deprivation of Rights", which provided, in part, the following:

Every person who, under color of any statute, ordinance, regulation, custom or usage, of any State ... subjects or causes to be subjected, any citizen of the United States ... to the deprivation of any rights, privileges or immunities secured by the Constitution and laws, shall be liable to the party injured and in an action at law, suit in equity, or other proper proceedings for redress, 42 U.S.C., §1983.

13. On and before November 13, 2007, there was in full force and effect, a United States Statute known as 42 U.S.C., §1988, which provides, in part, for the following:

> In any action or proceeding to enforce a provision of §§1981, 1982, 1983, 1984 and 1986, of this title . . . the court, in its discretion, may allow the prevailing party... reasonable attorney's fee as part of the costs.

14. The conduct of the Defendant, acting through its agents, deprived Latee of his rights under the Fourth and Fourteenth Amendments to the United States Constitution, which Amendments guarantee the right to be free from illegal seizures, arrests and searches and, the right not to suffer deprivation of liberty without due process of law.

15. On November 13, 2007, Defendant and its agents and employees had no reason to threaten Latee with a gun and to open fire upon him, killing him.

16. As a direct and proximate result of the aforesaid, Latee was caused to suffer severe and permanent injuries, which ultimately resulted in his death on November 13, 2007..

17. As a direct and proximate result of the conduct of Defendant, Plaintiff Juanita Wilson sustained substantial personal and personal and pecuniary injuries including, but not limited to, loss of society, loss of consortium over the untimely and senseless loss of her son, medical expenses, funeral expenses, and mental trauma.

18. This cause of action is brought on behalf of the Estate of Freddie Wilson, pursuant to 740 ILCS 180/1, et. seq., commonly known as the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of the Estate of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and attorney's fees.

## COUNT II - SURVIVAL ACTION - CIVIL RIGHTS VIOLATION

1-16. Plaintiffs restate and re-allege Paragraphs 1 to 16 of their Complaint as though fully set forth herein for Count II.

17. As a direct and proximate result of one or more of the statutory violations of Defendant, CHICAGO, as aforesaid, Latee suffered injuries of a personal and pecuniary nature, including but not limited to hospital, medical and related expenses, pain and suffering,

disability and disfigurement, loss of a normal life, and physical and emotional trauma, and Latee would have been entitled to receive compensation from the Defendant for those injuries had the decedent survived, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of the Estate of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and attorney's fees.

### COUNT III - ASSAULT/BATTERY - WRONGFUL DEATH

1-10. Plaintiffs restate and re-allege Paragraphs 1 to 10 of their Complaint as though fully set forth herein for Count III.

11. Plaintiff, Juanita Wilson, is the duly appointed Special Administrator of the Estate of Freddie Wilson, deceased, by order of the Circuit Court of Cook County, Illinois.

12. On November 13, 2007, Defendant had no reason to threaten Latee with a gun and to open fire upon him, killing him.

13. Upon information and belief, at no time during the incident did Latee act in a manner to provoke Defendant.

14. The actions of defendant were intentional, malicious and made without just cause.

15. As a direct and proximate result of the aforesaid, Latee was caused to suffer severe and permanent injuries, which ultimately resulted in his death on November 13, 2007..

16. As a direct and proximate result of the conduct of Defendant, Plaintiff, Juanita Wilson, sustained substantial personal and personal and pecuniary injuries including, but not limited to, loss of society, loss of consortium over the untimely and senseless loss of her son, medical expenses, funeral expenses, and mental trauma.

17. This cause of action is brought on behalf of the Estate of Freddie Wilson, pursuant to 740 ILCS 180/1, et. seq., commonly known as the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) together with costs and such relief this Court deems just and proper.

### COUNT IV - ASSAULT/BATTERY - SURVIVAL

1-14. Plaintiffs restate and re-allege Paragraphs 1 to 14 of Count III of their Complaint as though fully set forth herein for Count IV.

15. As a direct and proximate result of one or more of the international acts and/or omissions of Defendant, CHICAGO, as aforesaid, Latee suffered injuries of a personal and pecuniary nature, including but not limited to hospital, medical and related expenses, pain and suffering, disability and disfigurement, loss of a normal life, and physical and emotional trauma, and Latee would have been entitled to receive compensation from the Defendant for those injuries had the decedent survived, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of the Estate of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and such relief this Court deems just and proper.

### COUNT V - ASSAULT/BATTERY - PUNITIVE DAMAGES - WRONGFUL DEATH

1-17. Plaintiffs restate and re-allege Paragraphs 1 to 17 of Count III of their Complaint as though fully set forth herein for Count V.

18. In addition to compensatory damages, justice and the public good require an award of punitive damages to Plaintiffs, to punish defendants for their malicious conduct and to deter others from the commission of like offenses.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of Freddie

Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and such relief this Court deems just and proper.

### COUNT VI - ASSAULT/BATTERY - PUNITIVE DAMAGES - SURVIVAL

1-15. Plaintiffs restate and re-allege Paragraphs 1 to 15 of Count IV of their Complaint as though fully set forth herein for Count VI.

16. In addition to compensatory damages, justice and the public good require an award of punitive damages to Plaintiffs, to punish defendants for their malicious conduct and to deter others from the commission of like offenses.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and such relief this Court deems just and proper.

Respectfully submitted,

CRAIG L. MANCHIK
Attorney for Plaintiff

Craig L. Manchik
Erik G. Swanson
LAW OFFICES OF
CRAIG L. MANCHIK & ASSOCIATES, P.C.
Cook Co. Firm ID 33063
900 West Jackson Boulevard
Suite 2 East
Chicago, Il 60607
Phone: 312-460-8888
Fax: 312-460-8890

- 6 -