# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| **Plaintiff(s):** Juanita Wilson, as Special Administrator of the Estate of Freddie Wilson, deceased | **Defendant(s):** CITY OF CHICAGO a Municipal Corporation |
|---|---|
| County of Residence: Cook | County of Residence: Cook |
| **Plaintiff's Atty:**<br><br>CRAIG L. MANCHIK & ASSOCIATES, P.C.<br>900 W. Jackson Blvd., Suite 2E<br>Chicago, Illinois 60607 | **Defendant's Atty:**<br>David Seery<br>Chief Assistant Corporation Counsel<br>City of Chicago Department of Law<br>30 N. LaSalle Suite 1020<br>Chicago, IL 60602 |

| **II. Basis of Jurisdiction:**<br>3. Federal Question (U.S. not a party) |
|---|
| **III. Citizenship of Principal Parties** (Diversity Cases Only) |
| Plaintiff:- N/A |
| Defendant:- N/A |
| **IV. Origin:** 2 Remove From State Court |
| **V. Nature of Suit:**<br>   440 Other Civil Rights |
| **VI. Cause of Action:**<br>Fourth and Fourteenth Amendment: pursuant to 42 U.S.C. § 1983 |
| **VII. Requested in Complaint** |
| Class Action: No |
| Dollar Demand: in excess $600,000 |
| Jury Demand: No |
| **VIII.** This case **IS NOT** a refiling of a previously dismissed case. |

08CV414
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

Signature: _____

Date: January 18, 2008