IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUANITA WILSON, Individually and as Special Administrator of the Estate of FREDDIE WILSON, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | Judge Kennelly Magistrate Judge Denlow |
| v. | ) ) | |
| CITY OF CHICAGO, a municipal corporation, | ) ) | 08 C 0414 |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until April 8, 2008, and in support states:

1. Plaintiffs filed this action on or about November 30, 2007, in the Circuit Court of Cook County, Illinois, case number 07 L 013407, and the City of Chicago was served a copy of the Summons and Complaint on December 28, 2007.

2. On or about January 18, 2008, Defendant filed a Notice of Removal requesting that Case Number 07 l 013407 be removed to the United States District Court for the Northern District of Illinois.

3. The undersigned counsel for Defendant City of Chicago was only recently assigned to this case.

4. Therefore, counsel for the City requests until April 8, 2008, to answer or otherwise plead in response to the complaint.

5. As far as can be determined, this motion will not unduly burden the Court's management schedule. This request is made not to delay the proceedings, but rather to allow the City to investigate and respond properly to the allegations in Plaintiff's complaint.

WHEREFORE, the City respectfully requests this court to enter an order granting an extension to April 8, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

    Respectfully submitted,

    MARA S. GEORGES
    Corporation Counsel of the City of Chicago

By:    */s/ Joan P. Altman*
    Joan P. Altman
    Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 6285629

## **CERTIFICATE OF SERVICE**

_____I, Joan P. Altman, an attorney, hereby certify that I filed pursuant to Local Rule 5.9, in accordance with the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order of Electronic Case Filing, Defendant's Motion for Extension of Time, this March 12, 2008, to:

        Craig R. Manchick
        lawyer@speakeasy.net


        By: /s/Joan P. Altman
            Joan P. Altman