IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUANITA WILSON, Individually and as Special Administrator of the Estate of FREDDIE WILSON, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | Judge Kennelly Magistrate Judge Denlow |
| v. | ) ) | |
| CITY OF CHICAGO, a municipal corporation, | ) ) | 08 C 0414 |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     All parties of record

**PLEASE TAKE NOTICE** that on 12th day of March, 2008, the City of Chicago electronically filed its Motion for Extension of Time to Answer or Otherwise Plead with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to electronically filed to all parties who are an "ECF" filers in this matter this 12th day of March, 2008.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other judge sitting in his place, on the 18th day of March 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: **MARCH 12, 2008**

/S/Joan P. Altman
JOAN P. ALTMAN
Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2826