UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Juanita Wilson
                     Plaintiff,

v.                                            Case No.: 1:08−cv−00414
                                              Honorable Matthew F. Kennelly

City of Chicago
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 3/18/2008 with attorneys for both sides. Response to complaint is to be filed by 4/15/2008. Status hearing continued to 4/22/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.