IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUANITA WILSON, Individually and as      )
Special Administrator of the Estate of   )
FREDDIE WILSON deceased,                 )
                                         )
            Plaintiff,                   )        08 C 0414
                                         )
      v.                                 )
                                         )        Judge Kennelly
CITY OF CHICAGO, a municipal corporation )
                                         )        Magistrate Judge Denlow
            Defendant.                   )

**DEFENDANT'S APPENDIX OF EXHIBITS
IN SUPPORT OF THEIR MOTION TO DISMISS,
OR IN THE ALTERNATIVE STAY, OR REMAND THE PROCEEDINGS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Plaintiff's Complaint |
| 2 | Probate file and docket sheet |
| 3 | Corintha Federick's Complaint |
| 4 | Angela Jadoo's Complaint and Amended Complaint |
| 5 | Order by Judge Kennedy declaring heirship |
| 6 | Order by Judge Maddux consolidating Federick and Private Bank & Trust actions |
| 7 | The City's Motion to Dismiss Federick and Private Bank & Trust actions and state docket sheet |
| 8 | Order by Judge Kennedy to withdraw petition |
| 9 | Wilson v. Sundstrand Corp., No. 99 D 6944, 99 C 6946, 2002 WL 99745 (N.D. Ill. 2002) (Kennelly, J.) |
| 10 | Ingalls v. The AES Corp., No. 07-3086, 2008 WL 896196 (7th Cir. April 2, 2008) |

# DEFENDANT'S EXHIBIT 1

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| JUANITA WILSON, Individually and as | ) | |
| Special Administrator of the Estate of | ) | |
| FREDDIE WILSON, deceased | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | |
| corporation, | ) | |
| Defendant. | ) | |

**COMPLAINT AT LAW**

Plaintiff, JUANITA WILSON, Individually and as Special Administrator of the estate of Freddie Wilson, deceased, by her attorneys, LAW OFFICES OF CRAIG L. MANCHIK & ASSOCIATES, P.C., complains against the Defendant, CITY OF CHICAGO (hereinafter CHICAGO) a Municipal Corporation, as follows:

**FACTS COMMON TO ALL COUNTS**

1.    At all material times herein, Plaintiff, Juanita Wilson, was an adult and resident of Cook County, Illinois.  She was the mother of Freddie Wilson, deceased (hereinafter LATEE).

2.    Plaintiff, Juanita Wilson, has been appointed special administrator of the Estate of Freddie Wilson, deceased by order of the Circuit Court of Cook County, Illinois.

3.    At all material times herein, Defendant, CHICAGO, was a municipal corporation incorporated with a principal place of business in the City of Chicago, County of Cook, State of Illinois.

4.    On and before November 13, 2007, Defendant, CHICAGO, administered a police department known as the Chicago Police Department.

5.    On November 13, 2007, at approximately 10:30 p.m., Latee was either approaching his car or had just sat in his parked car in the proximity of 16 North Lorel Avenue, in the City of Chicago, County of Cook, State of Illinois.

6.      Upon information and belief, four unknown officers of the Chicago Police Department did approach Latee as he was walking to the vehicle or immediately after he head sat in said vehicle.

7.      For reasons unknown, the officers opened fire upon Latee with multiple rounds, killing him.

8.      Eyewitnesses report, and upon information and belief, the Chicago police officers fired approximately twenty shots at and around Latee.

9.      Upon information and belief, Latee did not say or do anything to provoke the officers into opening fire.

10.     At all times relevant to this Complaint, the unknown police officers were agents of Defendant, CHICAGO, acting within the scope of their agency relationship and under color of law.

## COUNT I - WRONGFUL DEATH - CIVIL RIGHTS VIOLATION

1-10.   Plaintiffs restate and re-allege Paragraphs 1 to 10 of their Complaint as though fully set forth herein for Count I.

11.     Plaintiff, Juanita Wilson, is the duly appointed Special Administrator of the Estate of Freddie Wilson, deceased, by order of the Circuit Court of Cook County, Illinois.

12.     On and before November 13, 2007, there was in full force and effect, a United States Statute known as 42 U.S.C., §1983 and entitled "Civil Actions Deprivation of Rights", which provided, in part, the following:

Every person who, under color of any statute, ordinance, regulation, custom or usage, of any State ... subjects or causes to be subjected, any citizen of the United States ... to the deprivation of any rights, privileges or immunities secured by the Constitution and laws, shall be liable to the party injured and in an action at law, suit in equity, or other proper proceedings for redress, 42 U.S.C., §1983.

13.     On and before November 13, 2007, there was in full force and effect, a United States Statute known as 42 U.S.C., §1988, which provides, in part, for the following:

- 2 -

In any action or proceeding to enforce a provision of §§ 1981, 1982, 1983, 1984 and 1986, of this title . . . the court, in its discretion, may allow the prevailing party... reasonable attorney's fee as part of the costs.

14. The conduct of the Defendant, acting through its agents, deprived Latee of his rights under the Fourth and Fourteenth Amendments to the United States Constitution, which Amendments guarantee the right to be free from illegal seizures, arrests and searches and, the right not to suffer deprivation of liberty without due process of law.

15. On November 13, 2007, Defendant and its agents and employees had no reason to threaten Latee with a gun and to open fire upon him, killing him.

16. As a direct and proximate result of the aforesaid, Latee was caused to suffer severe and permanent injuries, which ultimately resulted in his death on November 13, 2007..

17. As a direct and proximate result of the conduct of Defendant, Plaintiff Juanita Wilson sustained substantial personal and personal and pecuniary injuries including, but not limited to, loss of society, loss of consortium over the untimely and senseless loss of her son, medical expenses, funeral expenses, and mental trauma.

18. This cause of action is brought on behalf of the Estate of Freddie Wilson, pursuant to 740 ILCS 180/1, et. seq., commonly known as the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of the Estate of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and attorney's fees.

<u>COUNT II - SURVIVAL ACTION - CIVIL RIGHTS VIOLATION</u>

1-16. Plaintiffs restate and re-allege Paragraphs 1 to 16 of their Complaint as though fully set forth herein for Count II.

17. As a direct and proximate result of one or more of the statutory violations of Defendant, CHICAGO, as aforesaid, Latee suffered injuries of a personal and pecuniary nature, including but not limited to hospital, medical and related expenses, pain and suffering,

- 3 -

disability and disfigurement, loss of a normal life, and physical and emotional trauma, and Latee would have been entitled to receive compensation from the Defendant for those injuries had the decedent survived, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of the Estate of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and attorney's fees.

## COUNT III - ASSAULT/BATTERY - WRONGFUL DEATH

1-10. Plaintiffs restate and re-allege Paragraphs 1 to 10 of their Complaint as though fully set forth herein for Count III.

11. Plaintiff, Juanita Wilson, is the duly appointed Special Administrator of the Estate of Freddie Wilson, deceased, by order of the Circuit Court of Cook County, Illinois.

12. On November 13, 2007, Defendant had no reason to threaten Latee with a gun and to open fire upon him, killing him.

13. Upon information and belief, at no time during the incident did Latee act in a manner to provoke Defendant.

14. The actions of defendant were intentional, malicious and made without just cause.

15. As a direct and proximate result of the aforesaid, Latee was caused to suffer severe and permanent injuries, which ultimately resulted in his death on November 13, 2007..

16. As a direct and proximate result of the conduct of Defendant, Plaintiff, Juanita Wilson, sustained substantial personal and personal and pecuniary injuries including, but not limited to, loss of society, loss of consortium over the untimely and senseless loss of her son, medical expenses, funeral expenses, and mental trauma.

17. This cause of action is brought on behalf of the Estate of Freddie Wilson, pursuant to 740 ILCS 180/1, et. seq., commonly known as the Illinois Wrongful Death Act.

- 4 -

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) together with costs and such relief this Court deems just and proper.

## COUNT IV - ASSAULT/BATTERY - SURVIVAL

1-14.  Plaintiffs restate and re-allege Paragraphs 1 to 14 of Count III of their Complaint as though fully set forth herein for Count IV.

15.  As a direct and proximate result of one or more of the international acts and/or omissions of Defendant, CHICAGO, as aforesaid, Latee suffered injuries of a personal and pecuniary nature, including but not limited to hospital, medical and related expenses, pain and suffering, disability and disfigurement, loss of a normal life, and physical and emotional trauma, and Latee would have been entitled to receive compensation from the Defendant for those injuries had the decedent survived, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of the Estate of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and such relief this Court deems just and proper.

## COUNT V -ASSAULT/BATTERY - PUNITIVE DAMAGES - WRONGFUL DEATH

1-17.  Plaintiffs restate and re-allege Paragraphs 1 to 17 of Count III of their Complaint as though fully set forth herein for Count V.

18.  In addition to compensatory damages, justice and the public good require an award of punitive damages to Plaintiffs, to punish defendants for their malicious conduct and to deter others from the commission of like offenses.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of Freddie

- 5 -

Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and such relief this Court deems just and proper.

### COUNT VI - ASSAULT/BATTERY - PUNITIVE DAMAGES - SURVIVAL

1-15. Plaintiffs restate and re-allege Paragraphs 1 to 15 of Count IV of their Complaint as though fully set forth herein for Count VI.

16.   In addition to compensatory damages, justice and the public good require an award of punitive damages to Plaintiffs, to punish defendants for their malicious conduct and to deter others from the commission of like offenses.

WHEREFORE, Plaintiffs, Juanita Wilson, Individually and as Special Administrator of Freddie Wilson, deceased, ask that a judgment be entered against the Defendant, City of Chicago, in a fair and just amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), together with costs and such relief this Court deems just and proper.

Respectfully submitted,

CRAIG L. MANCHIK
Attorney for Plaintiff

Craig L. Manchik
Erik G. Swanson
LAW OFFICES OF
CRAIG L. MANCHIK & ASSOCIATES, P.C.
Cook Co. Firm ID 33063
900 West Jackson Boulevard
Suite 2 East
Chicago, Il 60607
Phone:312-460-8888
Fax: 312-460-8890

- 6 -

# **DEFENDANT'S EXHIBIT 2**



# CLERK OF THE CIRCUIT COURT
## COOK COUNTY, ILLINOIS

Print | Help | Monday April 14, 2008    Quick-Links

Help
Powered By SYSTRAN    Disclaimer

[  Search  ]

DOROTHY H

Biography/Ph

## PROBATE DIVISION COURT DOCKET
## INQUIRY Print Content

| | | |
|---|---|---|
| **Case Number:** 2007P008169 | **Calendar:** 07 | **Date Filed:** 11/19/2007 |
| **Division:** PROBATE | | |
| **Estate Of** WILSON FREDDIE L | | **Representative** PRIVATE BANK & TRUST |
| **Case Type:** PET. FOR PROBATE OF DECEDENT'S EST. - INTESTATE, INDEP. ADMIN. | | |

The 21st Cen
Clerk's Offic
A Blueprint for (
Transition and S
Planning
Committee Final

**Activity Date:** 11/19/2007        **The Estate** WILSON **of** FREDDIE L

Clerk's 2000-2007
1st and 2nd Term
11/30/2007 (PDF:

### PET. FOR PROBATE OF DECEDENT'S EST. - INTESTATE, INDEP. ADMIN.

**Court_Fee:** $ 27900

**Attorney:** ROMANUCCI & BLANDIN 33 N LASALLE #2200 CHICAGO IL,60602 312-4581000



**Judgment Amount:** $ 0
**Representative, Minor or Claimant:**
**Court Date:**

**Court Time:** 00:00

**Shared Case Number:**

**Judge:**
**Microfilm:** 000000000

**Court Room:**
**Insurance Code:**

Clerk of the Circui
Cook County featu
magazine click in
full story

**Activity Date:** 12/28/2007        **The Estate** WILSON **of** FREDDIE L

### PLEADINGS FILED

**Court_Fee:** $ 0

**Attorney:** ROMANUCCI & BLANDIN 33 N LASALLE #2200 CHICAGO IL,60602

SUBURBAN DISTRICTS
SERVICES / RESOURCES
RECORDS / ARCHIVES
SENIOR CENTER
SELF HELP CENTER
JUDGES INFORMATION
COOK COUNTY INFO
GLOSSARY OF TERMS
INVITATION FOR BID
BROCHURES
FAQs
EXTERNAL LINKS
CONTACT US
EMPLOYMENT
FEEDBACK

HOME
NEWS
GENERAL INFO
COURT FORMS
ONLINE CASE INFO
OPERATIONAL DIVISIONS

312-4581000

**Judgment Amount:** $ 0
**Representative, Minor or Claimant:**
**Court Date:**

**Court Time:** 00:00

**Shared Case Number:**

**Judge Microfilm:**

**Court Room:**
**Insurance Code:**

---

**Activity Date:** 12/28/2007    The Estate of WILSON FREDDIE L

## ACCEPTANCE OF OFFICE

**Court_Fee:** $ 0

**Attorney:** ROMANUCCI & BLANDIN
33 N LASALLE #2200
CHICAGO IL,60602
312-4581000

**Judgment Amount:** $ 0
**Representative, Minor or Claimant:**
**Court Date:**

**Court Time:** 00:00

**Shared Case Number:**

**Judge Microfilm:** PR070683587

**Court Room:**
**Insurance Code:**

---

**Activity Date:** 12/28/2007    The Estate of WILSON FREDDIE L

## DESIGNATION OF RESIDENT AGENT

**Court_Fee:** $ 0

**Attorney:** ROMANUCCI & BLANDIN
33 N LASALLE #2200
CHICAGO IL,60602
312-4581000

**Judgment Amount:** $ 0
**Representative, Minor or Claimant:**
**Court Date:**

**Court Time:** 00:00

**Shared Case Number:**

**Judge Microfilm:**

**Court Room:**
**Insurance Code:**

**Activity Date:** 12/28/2007         **The Estate** WILSON
                                      **of** FREDDIE L

# LETTERS OF OFFICE ISSUED

**Court_Fee:** $ 0                    **Attorney:** ROMANUCCI
                                      & BLANDIN
                                      33 N
                                      LASALLE
                                      #2200
                                      CHICAGO
                                      IL,60602
                                      312-4581000
**Judgment Amount:** $ 0             **Judge:** KENNEDY,
                                      JAMES
**Representative, Minor or**         **Microfilm:** PR070683585
**Claimant:**
**Court Date:**                       **Court**
                                      **Room:**
**Court Time:** 00:00                 **Insurance**
                                      **Code:**
**Shared Case Number:**

---

**Activity Date:** 12/28/2007         **The Estate** WILSON
                                      **of** FREDDIE L

# ORDER DECLARING HEIRSHIP - ALLOWED

**Court_Fee:** $ 0                    **Attorney:**
**Judgment Amount:** $ 0             **Judge:** KENNEDY,
                                      JAMES
**Representative, Minor or**         **Microfilm:** PR070682982
**Claimant:**
**Court Date:**                       **Court**
                                      **Room:**
**Court Time:** 00:00                 **Insurance**
                                      **Code:**
**Shared Case Number:**

---

**Activity Date:** 12/28/2007         **The Estate** WILSON
                                      **of** FREDDIE L

# ORDER CAUSE SET FOR HEARING (DATE & TIME) - ALLOWED

**Court_Fee:** $ 0                    **Attorney:**
**Judgment Amount:** $ 0             **Judge:** KENNEDY,
                                      JAMES
**Representative, Minor or**         **Microfilm:** PR070683586
**Claimant:**
**Court Date:** 3/2/2009              **Court**
                                      **Room:**
**Court Time:** 10:00                 **Insurance**
                                      **Code:**

Shared Case Number:

Activity Date: 12/28/2007                    The Estate WILSON
                                                of  FREDDIE L

## LETTERS OF OFFICE AS INDEPENDENT
## ADMINISTRATOR ISSUED - ALLOWED

Court_Fee: $ 0                              Attorney:
Judgment Amount: $ 0                        Judge: KENNEDY,
                                                   JAMES
Representative, Minor or                    Microfilm:  PR070683586
Claimant:
Court Date:                                 Court
                                            Room:
Court Time: 00:00                           Insurance
                                            Code:
Shared Case Number:

Activity Date: 12/28/2007                    The Estate WILSON
                                                of  FREDDIE L

## ORDER ASSETS TO REMAIN IN STATE - ALLOWED
-

Court_Fee: $ 0                              Attorney:
Judgment Amount: $ 0                        Judge: KENNEDY,
                                                   JAMES
Representative, Minor or                    Microfilm:  PR070683586
Claimant:
Court Date:                                 Court
                                            Room:
Court Time: 00:00                           Insurance
                                            Code:
Shared Case Number:

Activity Date: 2/27/2008                     The Estate WILSON
                                                of  FREDDIE L

## NOTICE OF MOTION

Court_Fee: $ 0                              Attorney: MANCHIK
                                                     CRAIG L
                                                     900 W
                                                     JACKSON
                                                     SUITE
                                                     CHICAGO
                                                     IL,60607
                                                     312-4608888

Judgment Amount: $ 0                        Judge:
Representative, Minor or                    Microfilm:

**Claimant:**
**Court Date:**

**Court Time:** 00:00

**Shared Case Number:**

**Court Room:**
**Insurance Code:**

Activity Date: 2/27/2008                The Estate WILSON of FREDDIE L

## MOTION FILED

**Court_Fee:** $ 0

**Attorney:** MANCHIK CRAIG L 900 W JACKSON SUITE CHICAGO IL,60607 312-4608888

**Judgment Amount:** $ 0
**Representative, Minor or Claimant:**
**Court Date:**

**Court Time:** 00:00

**Shared Case Number:**

**Judge:**
**Microfilm:**

**Court Room:**
**Insurance Code:**

Activity Date: 3/25/2008                The Estate WILSON of FREDDIE L

## HEARING DATE SET (DATE, TIME)

**Court_Fee:** $ 0
**Judgment Amount:** $ 0
**Representative, Minor or Claimant:**
**Court Date:** 4/4/2008

**Court Time:** 10:00

**Shared Case Number:**

**Attorney:** Pro Se
**Judge:**
**Microfilm:**

**Court Room:**
**Insurance Code:**

Activity Date: 3/25/2008                The Estate WILSON of FREDDIE L

## HEARING DATE SET (DATE, TIME)

**Court_Fee:** $ 0
**Judgment Amount:** $ 0

**Attorney:** Pro Se
**Judge:**

**Representative, Minor or Claimant:**

**Microfilm:**

**Court Date:** 4/4/2008

**Court Room:**

**Court Time:** 10:00

**Insurance Code:**

**Shared Case Number:**

**Activity Date:** 4/4/2008

**The Estate of** WILSON FREDDIE L

# WITHDRAWAL OF PLEADING OR FILING - ALLOWED

**Court_Fee:** $ 0

**Attorney:**

**Judgment Amount:** $ 0

**Judge:** KENNEDY, JAMES

**Representative, Minor or Claimant:**

**Microfilm:** 000000000

**Court Date:**

**Court Room:**

**Court Time:** 00:00

**Insurance Code:**

**Shared Case Number:**

Please note: If data does not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at (312)603-4357 or via web form.

© 2002 - 2008, Office of the Clerk of the Circuit Court of Cook County.
(Terms & Conditions and Privacy Policy)

(Rev. 11/2/01)  CCP 0199

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - PROBATE DIVISION

In re the Estate of

LATEE WILSON

} No. _____ 2007P008169
CALENDAR/ROOM 07
TIME 00:00
Dec Est/Int/Ind Adm

### PROBATE DIVISION COVER SHEET

A Probate Division Cover Sheet shall be filed with the initial petition in all actions filed in the Probate Division. The information required is for clerical purposes only, and shall not be introduced into evidence. Please check the box next to the category that best describes the type of case being filed.

#### Guardianship for Disabled Person

0001 ❑ Person

0002 ❑ Estate

0003 ❑ Estate & Person

0019 ❑ Elder Abuse

#### Probate of Decedent's Estate - Intestate

0004 ❑ Supervised Administration

0005 ☒ Independent Administration

0014 ❑ Summary Administration

0006 ❑ Letters of Administration to Collect

0018 ❑ Miscellaneous Probate Action (Decedent)

#### Other

0016 ❑ Sell or Transfer Structured Settlement

0017 ❑ Petition to Settle Cause of Action - Wrongful Death

#### Guardianship for Minor

0011 ❑ Person

0012 ❑ Estate

0013 ❑ Estate & Person

#### Probate of Decedent's Estate - Will

0007 ❑ Supervised Administration

0008 ❑ Independent Administration

0015 ❑ Summary Administration

0009 ❑ Will Annexed - Supervised Administration

0010 ❑ Will Annexed - Independent Administration

Atty. No.: __35875__

Name: __Romanucci & Blandin, LLP__

Atty. for Petitioner: _____

Address: __33 North LaSalle__

City/State/Zip: __Chicago, Illinois  60602__

Telephone: __(312) 458-1000__

By _____
   Attorney                    Pro Se

07 NOV 19 AM10: 4

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

☐004 Supervised ☐ 1004 Jury ☐ 0005 Independent ☐ 1005 Jury
Petition For Letters Of Administration                                    (Rev. 11/2/01) CCP 0302

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Estate of

FREDDIE LATEE WILSON

Deceased

No. _____

Docket _____

Page _____

| Hearing on petition set for |
| _____ |
| _____, _____ |
| _____ M., Room _____ |
| Richard J. Daley Center |
| Chicago, Illinois 60602 |

2605

## PETITION FOR LETTERS OF ADMINISTRATION

ANGELA JADOO, MOTHER of and not friend of LATEE WILSON, a minor, states under the penalties of perjury:

1.  FREDDIE L. WILSON _____, whose place of residence at the time of death was

1600 Block S. Homan Ave Chicago, COOK, IL
(address)          (city)          (county)     (state)    (zip)

died November 13, 2007, at Chicago, IL leaving no will.
(city)          (state)

2.  The approximate value of the estate in this state is:

        Personal                          Real                   Annual Income
                                                                 From Real Estate

$ CAUSE of ACTION          $ _____          $ _____

3.  The names and post-office addresses of decedent's heirs are set forth on Exhibit A and made a part of this petition.
    (Indicate the relationship and whether an heir is a minor or disabled person.)  NONE

4.  The names and post-office addresses of persons who are entitled to nominate and/or administer in preference to
    (P) or equally with (E) petitioner are set forth on Exhibit A of this petition.  If none, so state:
    NONE

5.  Petitioner is a MOTHER of SOLE HEIR of decedent and is legally qualified to act (or to nominate
    a resident of Illinois to act) as administrator.

*6  The name and post-office address of the personal fiduciary designated to act during independent administration
    for each heir, who is a minor or disabled person, are shown on Exhibit A of this petition.

    Petitioner asks that Letters of Administration issue to the following person(s), qualified and willing to act:

                Name                                          Post-Office Address

Atty. No. 35875                              X Angela P. Jadoo
Atty. Name: N. VANDER PLOEG                              (Petitioner)
Firm Name: ROMANUCCI & BLANDIN              Address: 627 BRAM ST.
Address: 33 N. LASALLE STE. 2000            City/State/Zip: MADISON, WI
City/State/Zip: CHICAGO IL 60602            Telephone: 608-255-0380
Telephone: 312-458-1000                     Atty. Certification ////

If a consul or consular agent is to be notified, name country: _____

*If supervised administration is requested, so state and strike Paragraph 6.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

☐ 1004 Supervised  ☐ 1004 Jury  ☐ 0005 Independent  ☐ 1005 Jury

Petition For Letters Of Administration

(Rev. 11/2/01)  CCP 0302

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Estate of

_FREDDIE LATEE WILSON_

Deceased

No. _____

Docket _____

Page _____

Hearing on petition set for

_____, _____

_____ M., Room _____
Richard J. Daley Center
Chicago, Illinois 60602

2605

## PETITION FOR LETTERS OF ADMINISTRATION

_ANGELA JADOO, MOTHER of and next friend of, LATEE WILSON, a minor,_ states under the penalties of perjury:

1. _FREDDIE L. WILSON_, whose place of residence at the time of death was _1600 Block S. Homan Ave Chicago_, _Cook_, _IL_
(address)                     (city)              (county)        (state)   (zip)

died _November 13_, _2007_, at _Chicago_        _IL_ leaving no will.
(city)                    (state)

2. The approximate value of the estate in this state is:

Personal                        Real                Annual Income
                                                    From Real Estate

$ _Cause of Action_    $ _____    $ _____

3. The names and post-office addresses of decedent's heirs are set forth on Exhibit A and made a part of this petition. (Indicate the relationship and whether an heir is a minor or disabled person.) _NONE_

4. The names and post-office addresses of persons who are entitled to nominate and/or administer in preference to (P) or equally with (E) petitioner are set forth on Exhibit A of this petition. If none, so state: _NONE_

5. Petitioner is a _MOTHER of SOLE HEIR_ of decedent and is legally qualified to act (or to nominate a resident of Illinois to act) as administrator.

*6 The name and post-office address of the personal fiduciary designated to act during independent administration for each heir, who is a minor or disabled person, are shown on Exhibit A of this petition.

Petitioner asks that Letters of Administration issue to the following person(s), qualified and willing to act:

Name                                        Post-Office Address

Atty. No. _35875_

Atty. Name: _V. VANDERPLOEG_

Firm Name: _ROMANUCCI & BLANDIN_

Address: _33 N. LASALLE STE. 2000_

City/State/Zip: _CHICAGO IL 60602_

Telephone: _312-458-1000_

X _Angela P. Jadoo_
(Petitioner)

Address: _627 BRAM ST._

City/State/Zip: _MADISON, WI_

Telephone: _608-255-0380_

Atty. Certification _____

If a consul or consular agent is to be notified, name country: _____

*If supervised administration is requested, so state and strike Paragraph 6.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(Rev. 11/2/01) CCP 0302

☐0004 Supervised  ☐1004 Jury  ☐0005 Independent  ☐ 1005 Jury.
Petition For Letters Of Administration

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

No. _07P8169_

Docket _____

Page _____

| Hearing on petition set for |
| --- |
| 0000068-3500 |
| M., Room |
| Richard J. Daley Center  200 |
| Chicago, Illinois 60602 |
| 2605 |

Estate of

_'EDDIE LATEE WILSON_ **Deceased**

## PETITION FOR LETTERS OF ADMINISTRATION

_LATEE WILSON, a minor,_ states under the penalties of perjury:

_ANGELA JADOO, MOTHER of and not friend of,_

1. _FREDDIE L. WILSON_, whose place of residence at the time of death was
_1600 BLOCK S. HOMAN AVE CHICAGO_, _COOK_, _IL_  ____ ____
   (address)               (city)              (county)    (state)   (zip)
died _November 13_, _2007_, at _Chicago_ _IL_ leaving no will.
                                        (city)    (state)

2. The approximate value of the estate in this state is:

   Personal

   $ _CAUSE OF ACTION_

   Annual Income From Real Estate

   $ _____

   $ _____

   (Indicate the relationship and whether an heir is a minor or disabled person.) _NONE_

3. The names and post-office addresses of decedent's heirs are set forth on Exhibit A and made a part of this petition.

4. The names and post-office addresses of persons who are entitled to nominate and/or administer in preference to (P) or equally with (E) petitioner are set forth on Exhibit A of this petition.  If none, so state:
_NONE_

5. Petitioner is a _MOTHER of SOLE HEIR_ of decedent and is legally qualified to act (or to nominate a resident of Illinois to act) as administrator.

*6 The name and post-office address of the personal fiduciary designated to act during independent administration for each heir, who is a minor or disabled person, are shown on Exhibit A of this petition.

Petitioner asks that Letters of Administration issue to the following person(s), qualified and willing to act:

Name                                        Post-Office Address
_THE PRIVATE BANK & TRUST CO._              _70 W. MADISON St_
                                            _CHICAGO, IL 60603_

                                            x _Angela P. Jadoo_
                                                          Petitioner

Atty. No. _35875_                           Address: _627 BRAM ST_
Atty. Name: _V. VANDERPLOEG_                City/State/Zip: _MADISON, WI_
Firm Name: _ROMANZEK & BLANDIN_             Telephone: _608-255-0380_
Address: _33 N. LASALLE STE. 2000_          Atty. Certification _____
City/State/Zip: _CHICAGO IL 60602_
Telephone: _312-458-1000_

consul or consular agent is to be notified, name country: _____
                                                  strike Paragraph 6.

FILED
PB-1802
DEC 28 2011
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY



**LETTERS OF OFFICE - DECEDENT'S ESTATE**     (Rev. 12/23/03) CCP 0415

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, PROBATE DIVISION

Estate of

**FREDDIE LATEE WILSON**

**}** No.  **2007 P 008169**

Docket

Deceased  Page

000006 8.3585

2007

### LETTERS OF OFFICE - DECEDENT'S ESTATE

**THE PRIVATE BANK and TRUST COMPANY** _____  has been appointed

Independent  Administrator _____  of the estate of

**FREDDIE LATEE WILSON** _____, deceased,

who died  **Tuesday, November 13, 2007** _____, and is authorized to to take possession of and collect the

estate of the decedent and to do all acts required by law.

No Assets To Leave The State Of Illinois Without Prior Court Approval.

WITNESS,  **December 28, 2007** _____

**Dorothy Brown**
**Clerk of the Circuit Court**

### CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

WITNESS,  **December 28, 2007** _____

DLB

_____

**Clerk of Court**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

LETTERS OF OFFICE - DECEDENT'S ESTATE ~~ORIGINAL~~ (Rev. 12/23/03) CCP 0415

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, PROBATE DIVISION

Estate of

**FREDDIE LATEE WILSON**

**Deceased**

} No. **2007 P 008169**

Docket

Page

## LETTERS OF OFFICE - DECEDENT'S ESTATE

**THE PRIVATE BANK and TRUST COMPANY** _____ has been appointed

**Independent** **Administrator** _____ of the estate of

**FREDDIE LATEE WILSON** _____, deceased,

who died **Tuesday, November 13, 2007** _____, and is authorized to to take possession of and collect the

estate of the decedent and to do all acts required by law.

No Assets To Leave The State Of Illinois Without Prior Court Approval.

WITNESS, **December 28, 2007** _____

**Dorothy Brown**
**Clerk of the Circuit Court**

( **SEAL** )

## CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

WITNESS, **December 28, 2007** _____

DLB

*Dorothy Brown*
**Clerk of Court**

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(Rev. 9/24/01) CCP 0314

Order Appointing Representative of Decedent's Estate - Intestate

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, PROBATE DIVISION**

No. 2007 P 8169

ESTATE OF

Docket _____ 0000068.3556

FREDDIE LATEE WILSON _____ Deceased

Page _____ 2007

DoD 11-13-07

# ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE

On the verified petition of Angela Jadoo

for issuance of letters of office,

IT IS ORDERED that:

1. Letters of office as _independent representative_

   ☐ 4232 (supervised administrator)

   ☐ 4249 (supervised administrator to collect)

   ☐ 4237 (supervised administrator de bonis non)

   ☐ 4227 (supervised co-administrators)

   ☐ 4248 (independent administrator to collect)

   ☒ 4230 (independent administrator)

   ☐ 4236 (independent administrator de bonis non)

   ☐ 4231 (independent co-administrators)

issue to The PrivateBank and Trust Company

& Attorney Stated herein will accept Service in behalf of the Representative

NO ASSETS SHALL LEAVE THE STATE OF ILLINOIS WITHOUT COURT ORDER    4267

*2. The representative file an inventory within 60 days.

2. A verified report per 5/28-11 or an accounting per 5/24-1 shall be filed
   by or the representative must appear in court on ~~1/21/09~~ 3/2/09 at 10:00am  4/7

Atty. No.: 35875

Name: David Vander Ploeg

Firm Name: ROMANUCCI & BLANDIN

Atty. for Representative: The PrivateBank & Trust Co.

Address: 33 N. LaSalle Street, Suite 2000

City/State/Zip: Chicago, Illinois 60602

Telephone: 312-458-1000

Judge _____ Judge's No.

**ENTERED**
JUDGE JAMES W. KENNEDY - 1557
DEC 2 8 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

*Strike if not applicable

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ptance of Office - Corporation                                    **(Rev. 6/28/00) CCP 030**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT-PROBATE DIVISION

estate of

FREDDIE LATEE WILSON DECEASED

No. _2007 P 8169_

Docket ___0000068.3587___

Page ___2007___

## ACCEPTANCE OF OFFICE

The undersigned, qualified to accept and administer trusts in this state, accepts the office of representati of this estate.

FILED
PB-1802
DEC 28 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

NOVEMBER 19th, 2007
**(Date)**

THE PRIVATEBANK AND TRUST COMPANY
ADMINISTRATOR

Atty. No. __35875__

By _John Paul Sweeney_ (11/19/07)

Name: _David Varvarorice/Florence Holladin_

SR. TRUST OFFICER

Attorney for Representative: _Private Trust Bank_

**Title**

Address: _33 N. LaSalle Ste 200_

City/Zip: _Chicago, IL 60602_

Telephone: _312-458-1000_