**DEFENDANT'S EXHIBIT 7**

#90909       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
             COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CORINTHA FEDERICK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, a Municipal Corporation, ) | |
| and Unknown City of Chicago Police Officers, ) | |
| ) | |
| Defendants ) | |
| _____) | 07 L 13306 |
| ) | c/w 07 L 13394 |
| PRIVATE BANK & TRUST COMPANY, ) | |
| as Independent Administrator of the Estate ) | |
| of FREDDIE LATRICE WILSON, deceased, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, a Municipal ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS

Defendant, City of Chicago, a municipal corporation, by its attorney, Mara S. Georges, Corporation Counsel, moves to dismiss this consolidated action pursuant 735 ILCS 5/2-619(a)(3) without prejudice to file an amended complaint providing for one administrator on behalf of all beneficiaries of the estate. In support thereof, the City states as follows:

1. On November 13, 2007, Freddie Latrice Wilson died of a gunshot wound during a confrontation with police. See Federick Complaint, attached as Exhibit A. According to all of the pleadings currently on file with the Court, Wilson is survived by two children,

King Latee Osei'el and Latee Wilson.

2. On November 28, 2007, Plaintiff Corintha Federick, mother of King Latee Osei'el, filed an action for wrongful death and survival based on the shooting. See Exhibit A.

3. The next day, on November 29, 2007, Plaintiff Angela Jadoo, mother of Latee Wilson, filed a second action for wrongful death and survival based on the same incident. See Jadoo Complaint, attached as Exhibit B. Plaintiff Jadoo subsequently amended her Complaint to substitute Private Bank and Trust as the administrator. See Exhibit C.

4. On March 13, 2008, Judge Maddux granted Plaintiff National Bank and Trust's motion to consolidate these actions without addressing the issue of dual personal representatives. See order, attached as Exhibit D.

5. Under the Illinois Wrongful Death and Survival Acts, in order to avoid multiple lawsuits, a decedent's personal representative must bring a <u>single</u> action on behalf of all beneficiaries. See Pasquale v. Speed Products Engineering, 166 Ill. 2d 337, 361 (1995); Mio v. Alberto-Culver Co., 306 Ill. App. 3d 822 (2d Dist. 1999); Pruitt v. Jockisch, 228 Ill. App. 3d 295, 298 (4th Dist. 1992); Wilson v. Sundstrand Corp., 2002 WL 99745, *3 (N.D. Ill. Jan. 25, 2002).

6. Even though Plaintiffs National Bank and Trust and Federick's cases have been consolidated, the City is still forced to defend against two plaintiffs, each of whom would be entitled to seek damages from a jury at trial.

WHEREFORE, the City of Chicago, a municipal corporation, respectfully requests that this Court dismiss this consolidated action pursuant 735 ILCS 5/2-619(a)(3) without prejudice to file an amended complaint providing for one administrator on behalf of all beneficiaries of the estate.

Respectfully submitted,

MARA S. GEORGES, Corporation Counsel

By: *[signature: Elizabeth Niendorf]*
Elizabeth K. Niendorf
Assistant Corporation Counsel


MARA S. GEORGES, Corporation Counsel
ELIZABETH K. NIENDORF, Assistant Corporation Counsel
30 N. LaSalle St., Suite 800
Chicago, IL 60602
(312)744-6991

*Dorothy Brown*
# Clerk *of the* Circuit Court
*Cook County*



Case Information Summary for Case Number
2007-L-013306

Filing Date: 11/28/2007  Case Type: OTHER PERSONAL INJURY
Division: Law Division  District: First Municipal
Ad Damnum: $50000.00  Calendar: E

## Party Information

**Plaintiff(s)**  **Attorney(s)**
FEDERICK CORINTHIA  DOUGLASS ELLEN E
  53 W JACKSON #541
  CHICAGO IL, 60604
  (312) 461-0111

**Date of Service**  **Defendant(s)**  **Attorney(s)**
  CITY CHICAGO

  UNKNOWN CITY CHGO POLIC

## Case Activity

Activity Date: 11/28/2007  Participant: FEDERICK CORINTHIA
OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)

Court Fee: 524.00  Attorney: DOUGLASS ELLEN E
Judgment Amount: 50000.00

Activity Date: 12/19/2007  Participant: FEDERICK CORINTHIA
CASE MANAGEMENT CALL NOTICE MAILED

Court Date: 3/27/2008
Court Time: 0930

Activity Date: 3/13/2008        Participant: CITY CHICAGO

EXHIBITS FILED

Attorney: CORPORATION COUNSEL

Activity Date: 3/13/2008        Participant: CITY CHICAGO

NOTICE OF MOTION FILED

Court Date: 3/28/2008        Attorney: CORPORATION COUNSEL
Court Time: 0930

Activity Date: 3/13/2008        Participant: CITY CHICAGO

PROOF OF SERVICE FILED

Attorney: CORPORATION COUNSEL

Activity Date: 3/13/2008        Participant: CITY CHICAGO

MOTION FILED

Attorney: CORPORATION COUNSEL

Activity Date: 3/13/2008        Participant: CITY CHICAGO

MOTION SPINDLED

Court Date: 3/28/2008        Attorney: CORPORATION COUNSEL
Court Time: 0930

Activity Date: 3/13/2008        Participant:

CONSOLIDATE - ALLOWED -

Judge: MADDUX, WILLIAM
Consolidated: 2007-L-013306
Microfilm: LD000190152

Activity Date: 3/13/2008        Participant: FEDERICK CORINTHI

CASE RERANDOMIZED TO MOTION CALL

Judge: MADDUX, WILLIAM
Microfilm: LD000190152

Activity Date: 3/27/2008        Participant: CITY CHICAGO

EXCHANGE INFORMATION - ALLOWED -

Court Date: 4/9/2008        Judge: FLANAGAN, KATHY M
Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

STRIKE FROM MOTION CALL - ALLOWED

    Court Date: 3/28/2008     Judge: FLANAGAN, KATHY M
         Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

    Court Date: 4/9/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030     Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION THEREOF - CNT -

    Court Date: 4/9/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030     Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

CASE ASSIGNED TO CATEGORY 1 - DISC. COMPLETED IN 18 MONTHS

         Judge: FLANAGAN, KATHY M
         Microfilm: LD000220379

Activity Date: 3/28/2008     Participant: FEDERICK CORINTHI

STRIKE FROM MOTION CALL - ALLOWED

    Court Date: 3/28/2008     Judge: FLANAGAN, KATHY M

Activity Date: 4/9/2008     Participant: FEDERICK CORINTHI

EXCHANGE INFORMATION - ALLOWED -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M

Activity Date: 4/9/2008     Participant: CITY CHICAGO

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030

Activity Date: 4/9/2008     Participant: CITY CHICAGO

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION THEREOF - CNT -

Court Date: 4/23/2008          Judge: FLANAGAN, KATHY M
Court Time: 1030

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page



*Dorothy Brown*
# Clerk *of the* Circuit Court
*Cook County*

Case Information Summary for Case Number
2007-L-013394

Filing Date: 11/29/2007
Division: Law Division
Ad Damnum: $30001.00

Case Type: OTHER PERSONAL INJURY
District: First Municipal
Calendar: E

### Party Information

**Plaintiff(s)**
JADOO ANGELA

**Attorney(s)**
ROMANUCCI & BLANDIN
33 N LASALLE #2200
CHICAGO IL, 60602
(312) 458-1000

WILSON FREDDIE LATRICE

WILSON LATEE

**Date of Service**   **Defendant(s)**
CITY OF CHICAGO

**Attorney(s)**
CORPORATION COUNSEL
30 N LASALLE 800
CHICAGO IL, 60602
(312) 744-7150

### Case Activity

Activity Date: 11/29/2007                                Participant: JADOO ANGELA
OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)

Court Fee: 524.00                            Attorney: ROMANUCCI & BLANDIN
Judgment Amount: 30001.00

Activity Date: 11/29/2007                              Participant: JADOO

MOTION FILED

Attorney: DUDA KIMBERLY A

Activity Date: 11/29/2007                              Participant: JADOO ANGELA

APPOINT GUARDIAN AD LITEM, TRUSTEE, ADMINISTRATOR OR EXECUTOR - ALLOWED -

Judge: WINKLER, CHARLES R.
Microfilm: LD001040906

Activity Date: 11/30/2007                              Participant: JADOO ANGLEA

NOTICE FILED

Court Date: 11/29/2007            Attorney: ROMANUCCI & BLANDIN

Activity Date: 11/30/2007                              Participant: JADOO ANGELA

PROTECTIVE ORDER - ALLOWED -

Judge: LAWRENCE, JEFFREY
Microfilm: LD000952876

Activity Date: 12/11/2007                              Participant: JADOO ANGELA

EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007                              Participant: WILSON FREDDIE LAT

EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007                              Participant: WILSON LATEE

EXHIBITS FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007                              Participant: JADOO ANGELA

NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007                              Participant: WILSON FREDDIE LAT

NOTICE OF FILING FILED

                Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007            Participant: WILSON LATEE

NOTICE OF FILING FILED

                Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007            Participant: JADOO ANGELA

PROOF OF SERVICE FILED

                Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007            Participant: WILSON FREDDIE LAT

PROOF OF SERVICE FILED

                Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/11/2007            Participant: WILSON LATEE

PROOF OF SERVICE FILED

                Attorney: ROMANUCCI & BLANDIN

Activity Date: 12/18/2007            Participant: JADOO ANGLEA

PROTECTIVE ORDER - ALLOWED -

                Judge: LAWRENCE, JEFFREY
                Microfilm: LD001000415

Activity Date: 12/21/2007            Participant: CITY OF CHICAGO

SUMMONS SERVED - CORPORATION/COMPANY/BUSINESS

 Court Date: 12/19/2007
 Court Fee: 60.00

Activity Date: 12/24/2007            Participant: JADOO ANGELA

CASE MANAGEMENT CALL NOTICE MAILED

 Court Date: 4/1/2008
 Court Time: 0930

Activity Date: 1/9/2008             Participant: JADOO ANGLEA

CERTIFICATE FILED

                                                Attorney: ROMANUCCI & BLANDIN

Activity Date: 1/9/2008                          Participant: JADOO ANGLEA

                        EXHIBITS FILED

                                            Attorney: ROMANUCCI & BLANDIN

Activity Date: 1/9/2008                          Participant: JADOO ANGLEA

                  NOTICE OF MOTION FILED

      Court Date: 1/9/2008             Attorney: ROMANUCCI & BLANDIN  
      Court Time: 0845

Activity Date: 1/9/2008                          Participant: JADOO ANGLEA

                  PROOF OF SERVICE FILED

                                            Attorney: ROMANUCCI & BLANDIN

Activity Date: 1/9/2008                          Participant: JADOO ANGLEA

                  MOTION FILED

                                            Attorney: ROMANUCCI & BLANDIN

Activity Date: 1/9/2008                          Participant: CITY CHICAGO

                  COMPLY - ALLOWED -

                                Judge: LAWRENCE, JEFFREY  
                                Microfilm: LD000030440

Activity Date: 1/9/2008                          Participant: JADOO ANGELA

           EXECUTE OR PERFORM - ALLOWED -

                                Judge: LAWRENCE, JEFFREY  
                                Microfilm: LD000030440

Activity Date: 1/9/2008                          Participant: JADOO ANGELA

          EXCHANGE INFORMATION - ALLOWED -

                                Judge: LAWRENCE, JEFFREY  
                                Microfilm: LD000030440

Activity Date: 1/9/2008                          Participant: CITY CHICAGO

          EXCHANGE INFORMATION - ALLOWED -

                                      Judge: LAWRENCE, JEFFREY
                                      Microfilm: LD000030440

Activity Date: 1/9/2008                              Participant: JADOO ANGELA

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

    Court Date: 1/16/2008                    Judge: LAWRENCE, JEFFREY
    Court Time: 0945                          Microfilm: LD000030440

Activity Date: 1/15/2008                        Participant: CITY OF CHICAGO

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

    Court Fee: 295.50                      Attorney: CORPORATION COUNSEL

Activity Date: 1/15/2008                        Participant: CITY CHICAGO

CERTIFICATE OF MAILING FILED

                                        Attorney: CORPORATION COUNSEL

Activity Date: 1/15/2008                        Participant: CITY OF CHICAGO

EXHIBITS FILED

                                        Attorney: CORPORATION COUNSEL

Activity Date: 1/15/2008                        Participant: CITY OF CHICAGO

NOTICE OF MOTION FILED

    Court Date: 1/24/2008                    Attorney: CORPORATION COUNSEL
    Court Time: 1000

Activity Date: 1/15/2008                        Participant: CITY CHICAGO

NOTICE OF FILING FILED

                                        Attorney: CORPORATION COUNSEL

Activity Date: 1/15/2008                        Participant: CITY OF CHICAGO

PROOF OF SERVICE FILED

                                        Attorney: CORPORATION COUNSEL

Activity Date: 1/15/2008                        Participant: CITY OF CHICAGO

MOTION FILED

                                        Attorney: CORPORATION COUNSEL

Activity Date: 1/15/2008                                           Participant: CITY OF CHICAGO

                              MOTION SPINDLED

Court Date: 1/24/2008                    Attorney: CORPORATION COUNSEL
Court Time: 1000


Activity Date: 1/16/2008                                                     Participant: JADOO

                           CONTINUANCE - ALLOWED -

Court Date: 1/24/2008                    Judge: LAWRENCE, JEFFREY
Court Time: 1000                         Microfilm: LD000050383


Activity Date: 1/24/2008                                                     Participant: JADOO

                    EXECUTE OR PERFORM - ALLOWED -

                                       Judge: LAWRENCE, JEFFREY
                                       Microfilm: LD000070781


Activity Date: 1/24/2008                                                     Participant: JADOO

                    EXECUTE OR PERFORM - ALLOWED -

                                       Judge: LAWRENCE, JEFFREY
                                       Microfilm: LD000070781


Activity Date: 1/24/2008                                                     Participant: JADOO

                    EXECUTE OR PERFORM - ALLOWED -

                                     Judge: LAWRENCE, JEFFREY
                                     Microfilm: LD000070781


Activity Date: 1/24/2008                                              Participant: CITY CHICAGO

                    EXECUTE OR PERFORM - ALLOWED -

                                     Judge: LAWRENCE, JEFFREY
                                     Microfilm: LD000070781


Activity Date: 1/24/2008                                              Participant: CITY CHICAGO

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION
                              THEREOF - CNT -

Court Date: 2/13/2008                    Judge: LAWRENCE, JEFFREY
Court Time: 1000                         Microfilm: LD000070810


Activity Date: 2/13/2008                                              Participant: JADOO ANGELA

NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 2/13/2008                    Participant: WILSON FREDDIE LAT

NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 2/13/2008                    Participant: WILSON LATEE

NOTICE OF FILING FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 2/13/2008                    Participant: JADOO ANGELA

PROOF OF SERVICE FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 2/13/2008                    Participant: WILSON FREDDIE LAT

PROOF OF SERVICE FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 2/13/2008                    Participant: WILSON LATEE

PROOF OF SERVICE FILED

Attorney: ROMANUCCI & BLANDIN

Activity Date: 2/13/2008                    Participant: JADOO ANGLEA

AMEND COMPLAINT OR PETITION - ALLOWED -

Court Date: 2/13/2008            Judge: LAWRENCE, JEFFREY
                                 Microfilm: LD000121583

Activity Date: 2/13/2008                    Participant: CITY CHICAGO

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION
THEREOF - CNT -

Court Date: 3/27/2008            Judge: LAWRENCE, JEFFREY
Court Time: 1000                 Microfilm: LD000121584

Activity Date: 3/6/2008                     Participant: JADOO ANGELA

NOTICE OF MOTION FILED

    Court Date: 3/13/2008          Attorney: ROMANUCCI & BLANDIN
    Court Time: 1030

Activity Date: 3/6/2008          Participant: JADOO ANGELA

### PROOF OF SERVICE FILED

         Attorney: ROMANUCCI & BLANDIN

Activity Date: 3/6/2008          Participant: JADOO ANGELA

### MOTION FILED

         Attorney: ROMANUCCI & BLANDIN

Activity Date: 3/6/2008          Participant: JADOO ANGELA

### MOTION SPINDLED

    Court Date: 3/13/2008          Attorney: ROMANUCCI & BLANDIN
    Court Time: 1030

Activity Date: 3/13/2008          Participant:

### CONSOLIDATE - ALLOWED -

         Judge: MADDUX, WILLIAM
         Consolidated: 2007-L-013394
         Microfilm: LD000190152

Activity Date: 3/13/2008          Participant: JADOO ANGELA

### STRIKE FROM CASE MANAGEMENT CALL - ALLOWED

    Court Date: 3/27/2008          Judge: MADDUX, WILLIAM
         Microfilm: LD000190152

Activity Date: 3/13/2008          Participant: JADOO ANGELA

### CASE RERANDOMIZED TO MOTION CALL

         Judge: MADDUX, WILLIAM
         Microfilm: LD000190152

Activity Date: 3/27/2008          Participant: CITY CHICAGO

### EXCHANGE INFORMATION - ALLOWED -

    Court Date: 4/9/2008          Judge: FLANAGAN, KATHY M
         Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

STRIKE FROM MOTION CALL - ALLOWED

    Court Date: 3/28/2008     Judge: FLANAGAN, KATHY M
    Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

    Court Date: 4/9/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030     Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION THEREOF - CNT -

    Court Date: 4/9/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030     Microfilm: LD000220379

Activity Date: 3/27/2008     Participant: CITY CHICAGO

CASE ASSIGNED TO CATEGORY 1 - DISC. COMPLETED IN 18 MONTHS

    Judge: FLANAGAN, KATHY M
    Microfilm: LD000220379

Activity Date: 3/28/2008     Participant: WILSON FREDDIE LATRICE

NOTICE OF FILING FILED

    Attorney: ROMANUCCI & BLANDIN

Activity Date: 3/28/2008     Participant: WILSON FREDDIE LATRICE

PETITION TO PRODUCE FILED

    Attorney: ROMANUCCI & BLANDIN

Activity Date: 3/28/2008     Participant: WILSON FREDDIE LATRICE

PROOF OF SERVICE FILED

    Attorney: ROMANUCCI & BLANDIN

Activity Date: 3/28/2008     Participant: FEDERICK CORINTHI

STRIKE FROM MOTION CALL - ALLOWED

    Court Date: 3/28/2008     Judge: FLANAGAN, KATHY M

Activity Date: 4/9/2008     Participant: JADOO ANGELA

EXCHANGE INFORMATION - ALLOWED -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M

Activity Date: 4/9/2008     Participant: FEDERICK CORINTHI

EXCHANGE INFORMATION - ALLOWED -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M

Activity Date: 4/9/2008     Participant: CITY CHICAGO

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030

Activity Date: 4/9/2008     Participant: CITY CHICAGO

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030

Activity Date: 4/9/2008     Participant: CITY CHICAGO

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION THEREOF - CNT -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030

Activity Date: 4/9/2008     Participant: CITY CHICAGO

STRIKE OR WITHDRAW COMPLAINT, AMENDED COMPLAINT OR PORTION THEREOF - CNT -

    Court Date: 4/23/2008     Judge: FLANAGAN, KATHY M
    Court Time: 1030

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

**DEFENDANT'S EXHIBIT 8**

<u>ORDER</u>                                         CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

In re: Estate of Wilson

v.

PROBATE CAL. 7

No. 07 P 8169

0000017,2896
2008

### ORDER

This matter coming before the Court on Petition to Remove Administrator, Due Notice Been Given + the Court Being Fully Advis'd in the Premises, It is Hereby Ordered:

1.) The Petition is Withdrawn at this Time.

4655

Atty. No.: 33063
Name: Manchik + Assoc.
Atty. for: Petitioner, J. Wilson
Address: 700 W. Jackson, 25
City/State/Zip: Chicago
Telephone: 312·460·8888

ENTERED:

Dated:

Judge

Judge's No.

**ENTERED**
JUDGE JAMES W. KENNEDY - 1557
APR 4 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**