IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUANITA WILSON, Individually and as Special Administrator of the Estate of FREDDIE WILSON deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, a municipal corporation )<br>)<br>Defendant. ) | 08 C 0414<br><br>Judge Kennelly<br><br>Magistrate Judge Denlow |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE STAY, OR REMAND THE PROCEEDINGS**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 22th day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 15th day of April, 2008.

                                                MARA S. GEORGES
                                                Corporation Counsel
                                                of the City of Chicago

BY:      /s/ Helen C. Gibbons
             HELEN C. GIBBONS
             Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois 60602
(312) 742-3541
Attorney No. 6292881