# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Juanita Wilson
                Plaintiff,

v.                               Case No.: 1:08−cv−00414
                                           Honorable Matthew F. Kennelly

City of Chicago
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/22/2008 and continued to 6/11/2008 at 09:30 AM. Motion to dismiss is entered and continued to the status hearing date. Filing of answer to complaint is stayed pending ruling on motion. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.