UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Juanita Wilson
       Plaintiff,

v.              Case No.: 1:08−cv−00414
            Honorable Matthew F. Kennelly

City of Chicago
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly:Motion to dismiss [12] is terminated without prejudice. Motion to stay is granted. Status hearing held on 9/4/2008 and continued to 12/3/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.